UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60176 CR-COHN MAGISTRATE JUDGE SNOW

29 U.S.C. 501(c)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ILEANA HERNANDO,

        Defendant

_____/

FILED by _____ D.C.

JUL 2 ? 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD

## INFORMATION

The United States Attorney charges:

### COUNT 1

From in or About January 2000, through August 2002, in Broward and Miami Dade Counties, in the Southern District of Florida, the defendant ILEANA HERNANDO, while an officer, that is bookkeeper/secretary of Hotel and Restaurant Employees Local Union 355, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of $32,697.00.

1



All in violation of Title 29, United States Code, Section 501(c).

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT U. S. ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

**Defendant's Name:** ILEANA HERNANDO          No.:_____

**Count #: 1**

Embezzle, steal, abstract and convert to her own use moneys, funds, securities, property and other assets of labor organization in the amount of $32,697.00 in Violation of Title 29, United States Code, Section 501(c)

**\*Max Penalty:** 5 years' imprisonment and up to a $250,000.00 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ILEANA HERNANDO, Defendant.

_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division**: (Select One)

___ Miami    ___ Key West
X   FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    **No**
   List language and/or dialect    _____

4. This case will take  _0-5_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      __X__              Petty      _____
   II   6 to 10 days     _____              Minor      _____
   III  11 to 20 days    _____              Misdem.    _____
   IV   21 to 60 days    _____              Felony     __X__
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No)  **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?    ___ Yes  _X_  No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?    ___ Yes  _X_  No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes  _X_  No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes  _X_  No

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500063

Penalty Sheet(s) attached                                    REV.1/14/04